**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TERRY LEE WALLACE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00173-2 DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| TERRY LEE WALLACE, | Date: **April 8, 2019**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |
| Defendant. | **Hon. Dale A. Drozd** |

Defendant, TERRY LEE WALLACE and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through its representative Vincenza Rabenn, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 8, 2019, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **April 29, 2019, at 10:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on January 22, 2019.

   b. Defense counsel will be out of town the entire week of February 18th and is unable to meet with Probation for the pre-sentence interview.

      c. Parties need additional time to prepare and object to the Pre-Sentence Investigation Report.

      d. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 19, 2019    By: */s/Anthony P. Capozzi*
                                             ANTHONY P. CAPOZZI
                                             Attorney for Defendant TERRY LEE WALLACE

DATED: February 19, 2019    By: */s/Vincenza Rabenn*
                                             VINCENZA RABENN
                                             Assistant United States Attorney

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for April 8, 2019, at 10:00 a.m. is continued to **April 29, 2019, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **February 19, 2019**                                    /s/ Dale A. Drozd
                                                                 UNITED STATES DISTRICT JUDGE